IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SECURITIES & EXCHANGE                    3:12-CV-01289-ST
COMMISSION,

            Plaintiff,                   ORDER

v.

3 EAGLES RESEARCH & DEVELOPMENT
LLC, HARRY DEAN PROUDFOOT III,
MATTHEW DALE PROUDFOOT, LAURIE
ANNE VRVILO, DENNIS ASHLEY BUKANTIS,

            Defendants.
_____

DENNIS ASHLEY BUKANTIS,

            Defendant/Cross-Claimant,

v.

3 EAGLES RESEARCH & DEVELOPMENT
LLC and HARRY DEAN PROUDFOOT III,

            Cross-Defendants.


JOHN S. YUN
HEATHER MARLOW
U.S. Securities Exchange Commission
44 Montgomery St., Ste. 2800
San Francisco, CA 94104
(415) 705-2468

        Attorneys for Plaintiff


1 - ORDER

**3 EAGLES RESEARCH & DEVELOPMENT LLC**
c/o Harry Proudfoot
9 Fox Chase Dr.
Mt. Vernon, OH 43050

       *Pro Se* Defendant/Cross-Defendant

**HARRY DEAN PROUDFOOT, III**
9 Fox Chase Dr.
Mt. Vernon, OH 43050

       *Pro se* Defendant/Cross-Defendant

**DAVID H. ANGELI**
Angeli Law Group LLC
121 S.W. Morrison Street
Suite 400
Portland, OR 97205
503-954-2232

       Attorney for Defendant Matthew Dale Proudfoot

**ROBERT R. CALO**
**KRISTEN L. TRANETZKI**
Lane Powell, PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204-3158
(503) 778-2104

       Attorneys for Defendant Laurie Anne Vrvilo

**DENNIS ASHLEY BUKANTIS**
8101 East Dartmouth Ave., House #7
Denver, CO 80231
(720) 535-4934

       *Pro Se* Defendant/Cross-Claimant


**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued a Findings and

Recommendation (#52) by Order on September 12, 2012, in which she

recommends the Court grant Plaintiff Securities & Exchange

2 - ORDER

Commission's Motion (#6) for Preliminary Injunction and Other

Relief against Defendant 3 Eagles Research & Development LLC

for failure to timely respond to the Motion.  This matter is

before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal

Rule of Civil Procedure 72(b).[1]


## BACKGROUND

In its Motion Plaintiff seeks an order preliminarily

enjoining all Defendants from violating provisions of the

Securities Act of 1933 and the Securities Exchange Act of 1934 by

offering, selling, or soliciting the offer or sale of any

security issued by 3 Eagles or by any entity that 3 Eagles, Harry

Proudfoot, Matthew Proudfoot, or Laurie Vrvilo directly or

indirectly controls.  Plaintiff also requests an order directing

Defendants to provide an accounting of all investor funds,

directing Defendants to preserve all documents and other

materials in their possession or control, and authorizing

expedited discovery.

The record reflects Plaintiff's Motion for Preliminary

Injunction and other Relief was served on Defendant 3 Eagles on

---

[1] The Magistrate Judge also issued Findings and
Recommendation (#72) on September 25, 2012, recommending the
Court grant a Preliminary Injunction and other relief against
Defendant Harry Proudfoot, who filed an Objection to the Findings
and Recommendation on October 12, 2012.  Those Findings and
Recommendation will be taken under advisement by this Court on
October 29, 2012.

3 - ORDER

July 24, 2012.  The record, however, does not reflect any timely Objection by Defendant 3 Eagles.

Defendants Matthew Dale Proudfoot and Laurie Anne Vrvilo entered into a Stipulation and Order of Preliminary Injunction (#10) on July 25, 2012, which was signed by this Court.

### STANDARDS

Because no objection to the Magistrate Judge's Findings and Recommendation (#52) was timely filed by 3 Eagles, this Court is relieved of its obligation to review the record against 3 Eagles *de novo*.  *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  In light of the fact that the Findings and Recommendation did not include any analysis, however, the Court has reviewed the record and the underlying legal principles *de novo*.  The Court does not find any error.

### CONCLUSION

The Court **ADOPTS** the Magistrate Judge's Findings and Recommendation (#52) and, accordingly, **GRANTS** Plaintiff's Motion (#6) for Preliminary Injunction and other Relief against Defendant 3 Eagles Research & Development LLC and **ENJOINS** Defendant 3 Eagles Research & Development LLC from violating

provisions of the Securities Act of 1933 and the Securities

Exchange Act of 1934 by offering, selling, or soliciting the

offer or sale of any security issued by 3 Eagles or by any entity

that 3 Eagles directly or indirectly controls.

    IT IS SO ORDERED.

    DATED this 23rd day of October, 2012.


                    /s/ Anna J. Brown

                    _____
                    ANNA J. BROWN
                    United States District Judge

5 - ORDER